UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richardo Lee,

    Plaintiff,

        v.                                           Case No. 1:12cv381

Simon Leis, Jr., *et al.*,                   Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on July 6, 2012. (Doc. 12.) The Magistrate Judge recommends granting Plaintiff's Motion to Dismiss. (Doc. 11.)

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 12) have been filed.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's R&R. (Doc. 12.) Plaintiff's Motion to Dismiss (Doc. 11) is **GRANTED** and this matter is **DISMISSED** without prejudice. This matter shall be **CLOSED and TERMINATED** from the docket of this Court.

    **IT IS SO ORDERED.**

                                                      */s/ Michael R. Barrett*
                                                      Michael R. Barrett
                                                      United States District Judge